# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Case No. 3:10-CR-064 |
| ) | |
| TAMELA WYATT, ) | |

## AMENDED ORDER CONTINUING PROBATION

On November 4, 2011, the defendant appeared in open Court and admitted to the allegations set forth in the Petition directing her to show cause why her probation, a status that began November 17, 2010, should not be revoked. The Court, at that hearing, found the defendant had violated the conditions of her probation supervision.

The Court has chosen not to revoke the defendant's probation at this time. The Court ORDERS the defendant be continued on probation supervision with all of the same conditions as previously imposed, and with the added condition of probation that the defendant will participate in location monitoring for a period of up to six (6) months and the defendant shall seek and maintain verifiable employment.

Date: 11 - 16 - 11

Thomas M. Rose, Judge
United States District Court