UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

**Plaintiff,**

-vs-                                                         Case No. 3:10-CR-64

**TAMELA L. WYATT,**

**Defendant.**

---

**ORDER FINDING DEFENDANT IN VIOLATION
OF PROBATION AND IMPOSING SENTENCE**

---

Pursuant to the record set forth in open Court on June 1, 2012, the Defendant appeared with Counsel for final disposition on revocation of Probation. Defendant had previously admitted on May 18, 2012, to the violations of Probation as alleged by the U.S. Probation Department. The Court had accepted the admissions and found the Defendant had violated the conditions of her Probation supervision. The Court proceeded to sentencing and ORDERED that:

The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, to be followed by a period of two (2) years supervised release with the standard conditions adopted by the Southern District of Ohio. In addition to the standard conditions, the following special conditions are ORDERED:

1. Defendant shall serve up to the first six (6) months of supervision in a residential re-entry program with training, work, school and counseling releases. In addition to training, work, school and counseling releases, the Defendant is eligible for pass and/or free time releases as approved by local residential re-entry center;

2. Defendant shall participate in a substance abuse treatment program and/or mental health treatment program, either inpatient or outpatient, to include testing, at the direction of the Probation Officer;

3. Defendant shall pay any restitution that remains unsatisfied from the original term of Probation, in monthly installments of no less than $25.00 per month;

4. Defendant shall seek and/or maintain employment or enter into a vocational or job training program as directed by the Probation Officer; and

5. Defendant shall complete up to 100 hours of community service of supervised release during anytime the Defendant is not gainfully employed or in a vocational training program.

The Court recommends to the Bureau of Prisons that the Defendant be accorded all allowable presentence credit for time spent incarcerated.

The Defendant's rights were explained and understood. Defendant is remanded to the custody of the United States Marshal.

IT IS SO ORDERED.

Date: June 1, 2012

Thomas M. Rose, Judge
United States District Court